# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 DEC 19 PM 3:46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

JIM MAXWELL and KAY MAWELL, individually and as guardians of TREVER ALLEN BRUCE and KELTEN TANNER BRUCE; and JIM MAXWELL, as executor of the ESTATE OF KRISTIN MARIE MAXWELL-BRUCE

vs

COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; DOES 1-50

**SUMMONS IN A CIVIL ACTION**
Case No.

**07 CV 2385 JAH WMc**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Charles G. La Bella (SBN 183448)
Steven T. Coopersmith (SBN 184646)
La Bella & McNamara, LLP
401 West A Street, Suite 1150
San Diego, CA 92101

Todd D. Thibodo (SBN 171655)
Law Offices of Todd D. Thibodo
A Professional Corporation
16133 Ventura Boulevard, Suite 580
Encino, CA 91436

An answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DEC 19 2007

W. Samuel Hamrick, Jr.
CLERK
K. SHIVELY

DATE

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S