Kevin Osterberg (Bar No. 138760)
Stephen M. Caine (Bar No. 119590)
HAIGHT BROWN & BONESTEEL LLP
3750 University Avenue, Suite 240
Riverside, California 92501-3313
Telephone: (951) 341-8300
Facsimile: (951) 341-8309
Email: kosterberg@hbblaw.com – *Lead Counsel*
Email: scaine@hbblaw.com

Attorneys for Defendant Alpine Fire Protection District

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MAXWELL and KAY MAXWELL, individually and as guardians of TREVER ALLEN BRUCE and KELTEN TANNER BRUCE; and JIM MAXWELL, as executor of the ESTATE OF KRISTEN MARIE MAXWELL-BRUCE,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; DOES 1-50,<br><br>Defendants. | Case No. 07 CV 2385 JAH WMc<br><br>[Assigned to Judge Hon. John A. Houston]<br><br>**NOTICE OF MOTION TO DISMISS, BY DEFENDANT ALPINE FIRE PROTECTION DISTRICT**<br><br>Date: February 19, 2008<br>Time: 2:30 p.m.<br>Ctrm: 11<br><br>Complaint Filed: December 19, 2007 |

PLEASE TAKE NOTICE that, on February 19, 2008, at 2:30 p.m. or as soon thereafter as the matter may be heard, defendant Alpine Fire Protection District will present a motion to dismiss the complaint in this action as against it for lack of federal jurisdiction, under *F.R.C.P.* 12(b)(1) or 12(b)(6). The motion will be heard before the District Court for the Southern District of California, courtroom 11, located at 880 Front St., San Diego, California 92101-8900.

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

GC11-0000021
3335322.1

1

07cv2385 JAH WMc
Notice of Motion to Dismiss by Deft. Alpine Fire Protection Dist.

1  This notice is served and filed with a separate "Memorandum of Points and
2  Authorities in Support of Motion to Dismiss by Defendant Alpine Fire Protection
3  District."

4  Dated: January 10, 2008                HAIGHT BROWN & BONESTEEL LLP

6                                                    By:    /S/   Stephen M. Caine
7                                                           Kevin Osterberg
                                                            Stephen M. Caine
                                                            Attorneys for Defendant
8                                                           Alpine Fire Protection District

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

GC11-0000021
3335322.1

2

07cv2385 JAH WMc
Notice of Motion to Dismiss by Deft. Alpine Fire
Protection Dist.

# **PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA )
) ss.:
COUNTY OF LOS ANGELES )

*JIM MAXWELL and KAY MAXWELL vs. COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; DOES 1-50*
*USDC No.: 07 CV 2385 JAH WMc*

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

    On January 10, 2008, I served on interested parties in said action the within NOTICE OF MOTION TO DISMISS, BY DEFENDANT ALPINE FIRE PROTECTION DISTRICT by placing a true copy thereof in sealed envelope(s) addressed as stated belowas stated below and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

| | |
|---|---|
| Charles G. La Bella<br>Steven T. Coopersmith<br>La Bella & McNamara LLP<br>401 West A Street, Suite 1150<br>San Diego, California 92101<br><br>Telephone No.: (619) 696-9200<br>Facsimile No.: (619) 696-9269<br>Email:scoopersmith@labellamcnamara.com<br>*Attorneys for Plaintiffs* | Todd D. Thibodo<br>Law Offices of Todd D. Thibodo APC<br>16133 Ventura Coulevard, Suite 580<br>Encino, California 91436<br><br>Telephone no.: (818) 907-5769<br>Facsimile no.: (818) 907-5793<br>Email: toddthibodo@charter.net<br>*Attorneys for Plaintiffs* |

Philip Samouris
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910

Telephone no.: (619) 236-1551
Facsimile no.: (619) 696-1410
Email: samouris@higgslaw.com
*Attorneys for co-defendant Viejas Fire Dept.*

    I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

    Executed on January 10, 2008, at Los Angeles, California.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

GC11-0000021
3335322.1

3

07cv2385 JAH WMc
Notice of Motion to Dismiss by Deft. Alpine Fire Protection Dist.

1  I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the
2  foregoing is true and correct.

3

| Theresa L. Welsch | /s/ Theresa Welsch |
|---|---|
| (Type or print name) | (*Original Signed*) |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

GC11-0000021
3335322.1

4

07cv2385 JAH WMc
Notice of Motion to Dismiss by Deft. Alpine Fire Protection Dist.

# **PROOF OF SERVICE BY FACSIMILE**

STATE OF CALIFORNIA      )
                                              ) ss.:
COUNTY OF LOS ANGELES )

*JIM MAXWELL and KAY MAXWELL vs. COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; DOES 1-50*
07 CV 2385 JAH WMc

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On <u>January 10, 2008</u>, I served on interested parties in said action the within:

NOTICE OF MOTION TO DISMISS, BY DEFENDANT ALPINE FIRE PROTECTION DISTRICT by

I caused the foregoing document to be served by facsimile transmission to each interested party at the facsimile machine telephone number shown as follows:.

| | |
|---|---|
| The Honorable John A. Houston<br>Courtroom 11<br>E-mail: Houston@casd.uscourts.gov | Charles G. La Bella<br>Steven T. Coopersmith<br>La Bella & McNamara LLP<br>401 West A Street, Suite 1150<br>San Diego, California 92101<br>Attorneys for Plaintiffs<br><br>Telephone No.: (619) 696-9200<br>Facsimile No.: (619) 696-9269<br>Email:scoopersmith@labellamcnamara.com |
| Todd D. Thibodo<br>Law Offices of Todd D. Thibodo APC<br>16133 Ventura Coulevard, Suite 580<br>Encino, California 91436<br><br>Telephone no.: (818) 907-5769<br>Facsimile no.: (818) 907-5793<br>Email: toddthibodo@charter.net<br>*Attorneys for Plaintiffs* | Philip Samouris<br>Higgs Fletcher & Mack LLP<br>401 West A Street, Suite 2600<br>San Diego, California 92101-7910<br><br>Telephone no.: (619) 236-1551<br>Facsimile no.: (619) 696-1410<br>Email: samouris@higgslaw.com<br>*Attorneys for co-defendant Viejas Fire Dept.* |

Executed on January 10, 2008, at Los Angeles, California.

**LAW OFFICES**
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

GC11-0000021
3335322.1

5

07cv2385 JAH WMc
Notice of Motion to Dismiss by Deft. Alpine Fire Protection Dist.

1  I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Stephen M. Caine | /s/ Stephen M. Caine |
|---|---|
| (Type or print name) | (Signature) |

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

GC11-0000021
3335322.1

6

07cv2385 JAH WMc
Notice of Motion to Dismiss by Deft. Alpine Fire Protection Dist.