Kevin Osterberg (Bar No. 138760)
Stephen M. Caine (Bar No. 119590)
HAIGHT BROWN & BONESTEEL LLP
3750 University Avenue, Suite 240
Riverside, California 92501-3313
Telephone: 951.341.8300
Facsimile: 951.341.8309
Email: kosterberg@hbblaw.com
Email: scaine@hbblaw.com

Attorneys for Defendant Alpine Fire Protection District

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MAXWELL and KAY MAXWELL, individually and as guardians of TREVER ALLEN BRUCE and KELTEN TANNER BRUCE; and JIM MAXWELL, as executor of the ESTATE OF KRISTEN MARIE MAXWELL-BRUCE,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; DOES 1-50,<br><br>Defendants. | Case No. 07 CV 2385 JAH WMc<br><br>[Assigned to Judge Hon. John A. Houston]<br><br>**AMENDED PROOF OF SERVICE TO NOTICE OF MOTION TO DISMISS AND POINTS & AUTHORITIES IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT ALPINE PROTECTION DISTRICT**<br><br>Date: February 19, 2008<br>Time: 2:30 p.m.<br>Ctrm: 11<br><br>Complaint Filed: December 19, 2007 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE OF THE ATTACHED **AMENDED** PROOF OF SERVICE correcting service on all parties from ***facsimile*** to ***e-mail*** and deleting Judge Houston from the facsimile/e-mail service.

Dated: January 10, 2008

HAIGHT BROWN & BONESTEEL LLP

By: s/*Stephen M. Caine*

Kevin Osterberg
Stephen M. Caine
Attorneys for Defendant
Alpine Fire Protection District
E-Mail: scaine@hbblaw.com

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

GC11-0000021
3337402.1

2

07CV2385 JAH WMc
AMENDED PROOF OF SERVICE

**PROOF OF SERVICE BY EMAIL**

STATE OF CALIFORNIA )
) ss.:
COUNTY OF LOS ANGELES )

*JIM MAXWELL and KAY MAXWELL vs. COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; DOES 1-50*
*07 CV 2385 JAH WMc*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On January 10, 2008, I served on interested parties in said action the within:

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT ALPINE FIRE PROTECTION DISTRICT**

I caused the foregoing document to be served by email transmission to each interested party as follows:.

Charles G. La Bella
Steven T. Coopersmith
La Bella & McNamara LLP
401 West A Street, Suite 1150
San Diego, California 92101
Attorneys for Plaintiffs

Telephone No.: (619) 696-9200
Facsimile No.: (619) 696-9269
Email:scoopersmith@labellamcnamara.com

Todd D. Thibodo
Law Offices of Todd D. Thibodo APC
16133 Ventura Coulevard, Suite 580
Encino, California 91436

Telephone no.: (818) 907-5769
Facsimile no.: (818) 907-5793
Email: toddthibodo@charter.net
*Attorneys for Plaintiffs*

Philip Samouris
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910

Telephone no.: (619) 236-1551
Facsimile no.: (619) 696-1410
Email: samouris@higgslaw.com
*Attorneys for co-defendant Viejas Fire Dept.*

Executed on January 10, 2008, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Stephen M. Caine | /s/ Stephen M. Caine |
|---|---|
| (Type or print name) | (Signature) |

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

GC11-0000021
3337402.1

4

07CV2385 JAH WMc
AMENDED PROOF OF SERVICE

# PROOF OF SERVICE BY E-MAIL

STATE OF CALIFORNIA )
) ss.:
COUNTY OF LOS ANGELES )

*JIM MAXWELL and KAY MAXWELL vs. COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; DOES 1-50*
*07 CV 2385 JAH WMc*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On January 10, 2008, I served on interested parties in said action the within:

NOTICE OF MOTION TO DISMISS, BY DEFENDANT ALPINE FIRE PROTECTION DISTRICT

I caused the foregoing document to be served by email transmission to each interested party as follows:.

Charles G. La Bella
Steven T. Coopersmith
La Bella & McNamara LLP
401 West A Street, Suite 1150
San Diego, California 92101
Attorneys for Plaintiffs

Telephone No.: (619) 696-9200
Facsimile No.: (619) 696-9269
Email:scoopersmith@labellamcnamara.com

Todd D. Thibodo
Law Offices of Todd D. Thibodo APC
16133 Ventura Coulevard, Suite 580
Encino, California 91436

Telephone no.: (818) 907-5769
Facsimile no.: (818) 907-5793
Email: toddthibodo@charter.net
*Attorneys for Plaintiffs*

Philip Samouris
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910

Telephone no.: (619) 236-1551
Facsimile no.: (619) 696-1410
Email: samouris@higgslaw.com
*Attorneys for co-defendant Viejas Fire Dept.*

Executed on January 10, 2008, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Stephen M. Caine | **/S/** *Stephen M. Caine* |
| --- | --- |
| (Type or print name) | (Signature) |

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

GC11-0000021
3337402.1

6

07CV2385 JAH WMc
AMENDED PROOF OF SERVICE

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA )
) ss.:
COUNTY OF LOS ANGELES )

*JIM MAXWELL and KAY MAXWELL vs. COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; DOES 1-50*
*USDC No.: 07 CV 2385 JAH WMc*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On January 10, 2008, I served on interested parties in said action the within:

**AMENDED PROOF OF SERVICE TO NOTICE OF MOTION TO DISMISS AND POINTS & AUTHORITIES IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT ALPINE PROTECTION DISTRICT**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

Charles G. La Bella
Steven T. Coopersmith
La Bella & McNamara LLP
401 West "A" Street, Suite 1150
San Diego, California 92101

Telephone No.: (619) 696-9200
Facsimile No.: (619) 696-9269
***Email: scoopersmith@labellamcnamara.com***
*Attorneys for Plaintiffs*

Todd D. Thibodo
Law Offices of Todd D. Thibodo APC
16133 Ventura Coulevard, Suite 580
Encino, California 91436

Telephone No.: (818) 907-5769
Facsimile No.: (818) 907-5793
***Email: toddthibodo@charter.et***
*Attorneys for Plaintiffs*

Philip Samouris
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910

Telephone no.: (619) 236-1551
Facsimile no.: (619) 696-1410
***Email: samouris@higgslaw.com***
*Attorneys for co-defendant Viejas Fire Dept*

I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Executed on January 10, 2008, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Theresa L. Welsch | *s/ Theresa L.Welsch* |
|---|---|
| (Type or print name) | (*Original Signed*) |

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

GC11-0000021
3337402.1

8

07CV2385 JAH WMc
AMENDED PROOF OF SERVICE

# PROOF OF SERVICE BY E-MAIL

STATE OF CALIFORNIA )
) ss.:
COUNTY OF LOS ANGELES )

*JIM MAXWELL and KAY MAXWELL vs. COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; DOES 1-50*
*USDC No.: 07 CV 2385 JAH WMc*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On January 10, 2008, I served on interested parties in said action the within:

**AMENDED PROOF OF SERVICE TO NOTICE OF MOTION TO DISMISS AND POINTS & AUTHORITIES IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT ALPINE PROTECTION DISTRICT**

by e-mail a true copy thereof as stated below

Charles G. La Bella
Steven T. Coopersmith
La Bella & McNamara LLP
401 West "A" Street, Suite 1150
San Diego, California 92101

Telephone No.: (619) 696-9200
Facsimile No.: (619) 696-9269
***Email: scoopersmith@labellamcnamara.com***
*Attorneys for Plaintiffs*

Todd D. Thibodo
Law Offices of Todd D. Thibodo APC
16133 Ventura Coulevard, Suite 580
Encino, California 91436

Telephone No.: (818) 907-5769
Facsimile No.: (818) 907-5793
***Email: toddthibodo@charter.et***
*Attorneys for Plaintiffs*

Philip Samouris
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910

Telephone no.: (619) 236-1551
Facsimile no.: (619) 696-1410
***Email: samouris@higgslaw.com***
*Attorneys for co-defendant Viejas Fire Dept.*

I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Executed on January 10, 2008, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Stephen M. Caine | *s/ Stephen M Caine* |
|---|---|
| (Type or print name) | (*Original Signed*) |

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

GC11-0000021
3337402.1

10

07CV2385 JAH WMc
AMENDED PROOF OF SERVICE