JOHN J. SANSONE, County Counsel (State Bar No. 103060)
County of San Diego
By MORRIS G. HILL, Senior Deputy (State Bar No. 97621)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-4877;  Fax: (619) 531-6005
E-mail: morris.hill@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MAXWELL and KAY MAXWELL, individually and as guardians of TREVER ALLEN BRUCE and KELTEN TANNER BRUCE; and JIM MAXWELL, as executor of the ESTATE OF KRISTIN MARIE MAXWELL-BRUCE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; Does 1-50,<br><br>　　　　　Defendants. | No. 07-cv-2385-JAH(WMc)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST, SECOND, THIRD AND FOURTH CAUSES OF ACTION OF PLAINTIFFS' COMPLAINT AND CERTAIN CLAIMS IN THE EIGHTH AND NINTH CAUSES OF ACTION, AND FOR A MORE DEFINITE STATEMENT AS TO OTHER CLAIMS IN THE EIGHTH AND NINTH CAUSES OF ACTION<br><br>[Fed.R.Civ.P., rule 12(b)(6), 12(e), 8(a)]<br><br>Date: February 19, 2008<br>Time: 2:30 p.m.<br>Dept.: Courtroom of the Honorable John A. Houston<br>Trial Date: None |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that on February 19, 2008, at 2:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable John A. Houston, United States District Judge, located at 940 Front Street, San Diego, California, defendant County of San Diego will move to dismiss the first, second, third and fourth causes of action of plaintiffs' complaint and certain claims in the eighth and ninth causes of action on grounds that they fail to state a claim against the moving defendant upon

which relief can be granted pursuant to Federal Rules of Civil Procedure, rule 12(b)(6), and for a more definite statement as to other claims against the moving defendants in the eighth and ninth causes of action, pursuant to Federal Rules of Civil Procedure, rules 12(e) and 8(a).  As to claims and causes of action premised on County liability for the suffering and death of Kristin Marie Maxwell-Bruce, dismissal is sought with prejudice and without leave to amend.

The motion will be based upon this notice, upon the accompanying memorandum of points and authorities, upon the notice of lodgment combined with request for judicial notice and Exhibit "A" attached thereto, and upon all papers and pleadings on file in this action.

DATED:  January 10, 2008          JOHN J. SANSONE, County Counsel

By: s/ MORRIS G. HILL, Senior Deputy
Attorneys for Defendant County of San Diego
E-mail: morris.hill@sdcounty.ca.gov

Declaration of Service

I, the undersigned, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On January 10, 2008, I served the following documents: **Notice Of Motion And Motion To Dismiss The First, Second, Third And Fourth Causes Of Action Of Plaintiffs' Complaint And Certain Claims In The Eighth And Ninth Causes Of Action, And For A More Definite Statement As To Other Claims In The Eighth And Ninth Causes Of Action; Memorandum Of Points And Authorities In Support Of Motion To Dismiss First, Second, Third And Fourth Causes Of Action Of Plaintiffs' Complaint And Certain Claims In The Eighth And Ninth Causes Of Action, And For A More Definite Statement As To Other Claims In The Eighth And Ninth Causes Of Action; Notice Of Lodgment Combined With Request For Judicial Notice** in the following manner:

☐    By personally delivering copies to the person served.

☐    By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

☒    By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

Charles G. La Bella, Esq.
Steven T. Coopersmith, Esq.
La Bella & McNamara, LLP
401 West "A" Street, #1150
San Diego, California 92101
(619) 696-9200
(619) 696-9269 (fax)
charleslabella@labellamcnamara.com
scoopersmith@labellamcnamara.com
(Attorneys for Plaintiffs)

Todd D. Thibodo, Esq.
Law Office of Todd D. Thibodo
16133 Ventura Boulevard, #580
Encino, California 91436
(818) 907-5769
(818) 907-5793 (fax)
E-mail: toddthibodo@charter.net
(Attorneys for Plaintiffs)

(Jim Maxwell, et al. v. County of San Diego, et al.; USDC No. 07-cv-2385-JAH(WMc))

| | |
|---|---|
| Kevin Osterberg, Esq.<br>Stephen Michael Caine, Esq.<br>Haight Brown and Bonesteel<br>6080 Center Drive, # 800<br>Los Angeles, California 90045-1574<br>(310) 215-7728<br>(310) 215-7300 (fax)<br>E-mail: caines@hbblaw.com<br>(Attorneys for Defendant Alpine Fire Protection District) | Philip Samouris, Esq.<br>Higgs, Fletcher & Mack LLP<br>401 West "A" Street, #2600<br>San Diego, California 92101-7910<br>(619) 236-1551<br>(619) 696-1410 (fax)<br>E-mail: samouris@higgslaw.com<br>(Attorneys for Defendant Viejas Fire Department) |

    I declare under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2008, at San Diego, California.

                                 By: s/ MORRIS G. HILL
                                 E-mail: morris.hill@sdcounty.ca.gov