JOHN J. SANSONE, County Counsel (State Bar No. 103060)
County of San Diego
By MORRIS G. HILL, Senior Deputy (State Bar No. 97621)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-4877;  Fax: (619) 531-6005
E-mail: morris.hill@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MAXWELL and KAY MAXWELL, individually and as guardians of TREVER ALLEN BRUCE and KELTEN TANNER BRUCE; and JIM MAXWELL, as executor of the ESTATE OF KRISTIN MARIE MAXWELL-BRUCE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; Does 1-50,<br><br>Defendants. | No. 07-cv-2385-JAH(WMc)<br><br>NOTICE OF LODGMENT COMBINED WITH REQUEST FOR JUDICIAL NOTICE<br><br>Date: February 19, 2008<br>Time: 2:30 p.m.<br>Dept.: Courtroom of the Honorable John A. Houston<br>Trial Date: None |

Defendant County of San Diego hereby lodges copies of the following exhibit in support of its motion to dismiss the first, second, third and fourth causes of action of plaintiffs' complaint and certain claims in the eighth and ninth causes of action, and for a more definite statement as to other claims in the eighth and ninth causes of action, and requests judicial notice thereof, as follows:

///

///

///

07-cv-2385-JAH(WMc)

| | |
|---|---|
| Exhibit "A" | Plea of Guilty/No Contest - Felony, filed August 14, 2007 (certified copy). |

DATED: January 10, 2008   JOHN J. SANSONE, County Counsel

By: s/ MORRIS G. HILL, Senior Deputy
Attorneys for Defendant County of San Diego
E-mail: morris.hill@sdcounty.ca.gov

# EXHIBIT "A"

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | For Court Use Only<br>Clerk of the Superior Court<br>AUG 1 4 2007 |
|---|---|
| PEOPLE vs _Lowell Bryan Bruce_    Defendant | By: A. NARDUCCI, Deputy |
| **PLEA OF GUILTY/NO CONTEST – FELONY** | Court Number: SCE267176<br>DA Number: MAP 494 |

I, the defendant in the above-entitled case, in support of my plea of Guilty/No Contest, personally declare as follows:

1. Of those charges now filed against me in this case, I plead ___Guilty___ to the following offenses and admit the enhancements, allegations and prior convictions as follows: _HBB_

| COUNT | CHARGE | ENHANCEMENT/ALLEGATION |
|---|---|---|
| ONE | Penal Code 192(a) | Penal Code 12022.5(a) |
|  |  |  |
|  |  |  |
|  |  |  |
| PRIORS: (LIST ALLEGATION SECTION, CONVICTION DATE, COUNTY, CASE NUMBER, AND CHARGE) | | |
|  |  |  |
|  |  |  |
|  |  |  |

2. I have not been induced to enter this plea by any promise or representation of any kind, except: *(State any agreement with the District Attorney.)* ___No Agreement from the District Attorney___ _HBB_

3. I am entering my plea freely and voluntarily, without fear or threat to me or anyone closely related to me. _HBB_

4. I understand that a plea of No Contest is the same as a plea of Guilty for all purposes. ☒

5. I am sober and my judgment is not impaired. I have not consumed any drug, alcohol or narcotic within the past 24 hours. _HBB_

## CONSTITUTIONAL RIGHTS

6a. I understand that I have the right to be represented by a lawyer at all stages of the proceedings. I can hire my own lawyer or the Court will appoint a lawyer for me if I cannot afford one. _HBB_

**I understand** that as to all charges, allegations and prior convictions filed against me, and as to any facts that may be used to increase my sentence, now or in the future, I also have the <u>following constitutional rights, which I now give up</u> to enter my plea of guilty/no contest:

    6b. I have the right to a **speedy and public trial by jury**. **I now give up this right.** _HBB_

    6c. I have the right to **confront and cross-examine all the witnesses** against me. **I now give up this right.** _HBB_

    6d. I have the right to **remain silent** (unless I choose to testify on my own behalf). **I now give up this right.** _HBB_

    6e. I have the right to **present evidence in my behalf** and to have the court subpoena my witnesses at no cost to me. **I now give up this right.** _HBB_

**EXHIBIT A**

| Defendant: Lowell BRUCE | CASE NUMBER: SCE267176 |

## CONSEQUENCES OF PLEA OF GUILTY OR NO CONTEST

7a. I understand that I may receive this maximum punishment as a result of my plea: __21__ years in State Prison, $ __10,000__ fine and __4__ years parole (④, 7, 14, life) with return to prison for every parole violation. If I am not sentenced to prison I may receive probation for a period up to 5 years or the maximum prison term, whichever is greater. As conditions of probation I may be given up to a year in jail custody, plus the fine, and any other conditions deemed reasonable by the Court. I understand that if I violate any condition of probation I can be sent to State Prison for the maximum term as stated above.

7b. I understand that I must pay a restitution fine ($200 - $10,000), that I will also be subject to a suspended fine in the same amount, and that I must pay full restitution to all victims.

7c. I understand that my conviction in this case will be a serious/violent felony ("strike") resulting in mandatory denial of probation and substantially increased penalties in any future felony case.

7d. I understand that if I am not a U.S. citizen, this plea of Guilty/No Contest may result in my removal/deportation, exclusion from admission to the U.S. and denial of naturalization. Additionally, if this plea is to an "Aggravated Felony" listed on the back of this form, then I **will** be deported, excluded from admission to the U.S., and denied naturalization.

7e. I understand that my plea of Guilty or No Contest in this case could result in revocation of my probation or parole in other cases, and consecutive sentences.

7f. My attorney has explained to me that other possible consequences of this plea may be: (Circle applicable consequences.)

(1) Consecutive sentences
(2) Loss of driving privileges
(3) Commitment to Youth Authority
(4) Registration as an arson / sex / narcotic / gang offender
(⑤) Cannot possess firearms or ammunition
(⑥) Blood test and saliva sample
(⑦) Priorable (increased punishment for future offenses)
(⑧) Prison prior
(⑨) Mandatory prison
(10) Presumptive prison
(11) Sexually Violent Predator Law
(12) Possible/Mandatory hormone suppression treatment
(⑬) Reduced conduct credits
 (ⓐ) Violent Felony (No credit or max. 15%)
 b. Prior Strike(s) (No credit to max. 20%)
 c. Murder on/after 6/3/98 (No credit)
(14) Loss of public assistance
(15) AIDS education program
(16) Other: _____

### OTHER WAIVERS

8. **(Appeal Rights)** I give up my right to appeal the following: 1) denial of my 1538.5 motion, 2) issues related to strike priors (under PC sections 667(b)-(i) and 1170.12), and 3) any sentence stipulated herein.

9. **(*Harvey* Waiver)** The sentencing judge may consider my prior criminal history and the entire factual background of the case, including any unfiled, dismissed or stricken charges or allegations or cases when granting probation, ordering restitution or imposing sentence.

10. **(*Blakely* Waiver)** Except where a prison term has been set by stipulation of the parties, I agree that the sentencing judge may determine the existence or non-existence of any aggravating facts which may be used to increase my sentence on any count or allegation above the middle term, either at the initial sentencing or at any future sentencing in the event my probation is revoked.

11. **(*Arbuckle* Waiver)** I give up my right to be sentenced by the judge who accepts this plea.

12. **(Probation Report)** I give up my right to a full probation report before sentencing.

SDSC CRM-12(Rev 4-06)     **PLEA OF GUILTY/NO CONTEST - FELONY**     **EXHIBIT A**     Page 2 of 4

| Defendant: Lowell BRUCE | CASE NUMBER: SCE 267176 |
|---|---|

13. **(Evidence Disposal Waiver)** I give up my interest in all non-biological property/evidence impounded during the investigation of this case except _all personal property_ and acknowledge that if I listed any property here, I must also file a claim with the impounding agency within 60 days after pronouncement of judgment or my ability to make a claim will expire.  *LBB*

## PLEA

14. I now plead Guilty/No Contest and admit the charges, convictions and allegations described in paragraph #1, above. I admit that on the dates charged, I: *(Describe facts as to each charge and allegation)* _I shot and killed my wife which resulted in her death. My actions were not premeditated or deliberate. I acted out of passion and without malice._  *LBB*

15. I declare under penalty of perjury that I have read, understood, and initialed each item above and any attached addendum, and everything on the form and any attached addendum is true and correct.  *LBB*

Dated: _8/14/07_    Defendant's Signature _Lowell Bryan Bruce_

Defendant's Address: _____
                          Street
_____
City      State     Zip

Telephone Number: (    ) _____

Defendant's Right Thumb Print

### ATTORNEY'S STATEMENT

I, the attorney for the defendant in the above-entitled case, personally read and explained to the defendant the entire contents of this plea form and any addendum thereto. I discussed all charges and possible defenses with the defendant, and the consequences of this plea, including any immigration consequences. I personally observed the defendant fill in and initial each item, or read and initial each item to acknowledge his/her understanding and waivers. I observed the defendant date and sign this form and any addendum. I concur in the defendant's plea and waiver of constitutional rights.

Dated: _8.14.07_    _Stewart K. Dadmun + Henry Coker_    _[signature]_
                    (Print Name)           Attorney for Defendant        (Signature)
                    (Circle one: **PD** / APD / PCC / RETAINED)

### INTERPRETER'S STATEMENT (If Applicable)

I, the sworn _____ language interpreter in this proceeding, truly translated for the defendant the entire contents of this form and any attached addendum. The defendant indicated understanding of the contents of this form and any addendum and then initialed and signed the form and any addendum.

Dated: _____  _____
                       (Print Name)    Court Interpreter    (Signature)

### PROSECUTOR'S STATEMENT

The People of the State of California, plaintiff, by its attorney, the District Attorney for the County of San Diego, concurs with the defendant's plea of Guilty/No Contest as set forth above.

Dated: _____  _____
                       (Print Name)    Deputy District Attorney    (Signature)

### COURT'S FINDING AND ORDER

The Court, having questioned the defendant and defendant's attorney concerning the defendant's plea of Guilty/No Contest and admissions of the prior convictions and allegations, if any, finds that: The defendant understands and voluntarily and intelligently waives his/her constitutional rights; the defendant's plea and admissions are freely and voluntarily made; the defendant understands the nature of the charges and the consequences of the plea and admissions; and there is a factual basis for same. The Court accepts the defendant's plea and admissions, and the defendant is convicted thereby.

Dated: _8/14/07_    _[signature]_
                    Judge of the Superior Court

SDSC CRM-12(Rev. 4-06)    **PLEA OF GUILTY/NO CONTEST - FELONY**    **EXHIBIT A**    Page 3 of 4

The foregoing instrument is a full, true and correct copy of the original on file in this office.

Attest: _____ 1/8/08 _____

Clerk of the Superior Court of the State of California, in and for the County of San Diego.

By _____Narducci_____ Deputy
Angela Narducci

**EXHIBIT A**