CHARLES G. LA BELLA (State Bar No. 183448)
STEVEN T. COOPERSMITH (State Bar No. 184646)
LA BELLA & MCNAMARA LLP
401 West "A" Street, Suite 1150
San Diego, California 92101
Telephone: (619) 696-9200
Facsimile: (619) 696-9269

TODD D. THIBODO (State Bar No. 171655)
LAW OFFICES OF TODD D. THIBODO
A PROFESSIONAL CORPORATION
16133 Ventura Boulevard, Suite 580
Encino, California 91436
Telephone: (818) 907-5769
Facsimile: (818) 907-5793

Attorneys for PLAINTIFFS
JIM MAXWELL and KAY MAXWELL,
individually and as guardians of TREVER
ALLEN BRUCE and KELTEN TANNER
BRUCE; and JIM MAXWELL, as executor
Of the ESTATE OF KRISTIN MARIE
MAXWELL-BRUCE

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MAXWELL and KAY MAXWELL, individually and as guardians of TREVER ALLEN BRUCE and KELTEN TANNER BRUCE; and JIM MAXWELL, as executor of the ESTATE OF KRISTIN MARIE MAXWELL-BRUCE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; DOES 1-50,<br><br>Defendants. | CASE NO. 07-CV-2385 JAH (WMc)<br><br>JOINT MOTION TO EXTEND TIME TO ANSWER COMPLAINT |

22882

## STIPULATION

Pursuant to Local Civil Rule 12.1, Plaintiffs JIM MAXWELL and KAY MAXWELL, individually and as guardians of TREVER ALLEN BRUCE and KELTEN TANNER BRUCE; and JIM MAXWELL, as executor of the ESTATE OF KRISTIN MARIE MAXWELL-BRUCE (collectively "Plaintiffs"), on the one hand, and Defendant VIEJAS FIRE DEPARTMENT ("Viejas Fire"), on the other, through their attorneys of record, each hereby stipulate and agree as follows:

1. The parties respectfully request that this Court enter an order extending the time for Defendant Viejas Fire Department to answer the Complaint to and including January 24, 2008.

Dated: January 11, 2008

CHARLES G. LA BELLA
STEVEN T. COOPERSMITH
LA BELLA & McNAMARA, LLP

TODD D. THIBODO
LAW OFFICES OF TODD D. THIBODO
A PROFESSIONAL CORPORATION

By: /s/Steven T. Coopersmith
Steven T. Coopersmith
Charles G. La Bella
Attorney for PLAINTIFFS
Email: scoopersmith@labellamcnamara.com
        clabella@labellamcnamara.com

Dated: January 11, 2008

PHILLIP C. SAMOURIS
HIGGS, FLETCHER & MACK LLP

By: /s/Phillip C. Samouris
Phillip C. Samouris
Attorneys for Defendant Viejas Fire Department
Email: samouris@higgslaw.com