# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MAXWELL and KAY MAXWELL, individually and as guardians of TREVER ALLEN BRUCE and KELTEN TANNER BRUCE, minors; and JIM MAXWELL, as executor of the ESTATE OF KRISTIN MARIE MAXWELL-BRUCE,<br><br>          Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; DOES 1-50,<br><br>          Defendants. | CASE NO. 07-CV-2385 JAH WMC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>CASE FILED: 12/19/07 |

    Pursuant to stipulation, and good cause appearing, the Joint Motion is granted and the Court approves the following:

    Defendant Viejas Fire Department shall file its answer to the Complaint no later than January 24, 2008.

    IT IS SO ORDERED.
DATED: 1-14-08

                                                        Hon. John A. Houston
                                                        United States District Judge