| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CHARLES G. LA BELLA, ESQ. SBN 183448<br>LA BELLA & MCNAMARA, LLP<br>401 WEST A STREET, SUITE 1150<br>SAN DIEGO, CA 92101<br>Telephone No: 619-696-9200    FAX No: 619-696-9269 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court Southern District Of California | | |
| Plaintiff: JIM MAXWELL | | |
| Defendant: COUNTY OF SAN DIEGO | | |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07 CV 2385 JAH WMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET

3. a. Party served:    DEPUTY LOWELL BRYAN "SAM" BRUCE

4. Address where the party was served:    325 SOUTH MELROSE DR.
   VISTA, CA 92081

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Dec. 21, 2007 (2) at: 3:00PM

7. *Person Who Served Papers:*
   a. JONAS WILLIAMS

   **First Legal Support Services** SM
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $155.70
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 4005
      (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jan. 03, 2008

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

(JONAS WILLIAMS)
898213.labmc-105558