| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CHARLES G. LA BELLA, ESQ. SBN 183448<br>LA BELLA & MCNAMARA, LLP<br>401 WEST A STREET, SUITE 1150<br>SAN DIEGO, CA 92101<br>Telephone No: 619-696-9200    FAX No: 619-696-9269 | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court Southern District Of California | | |
| Plaintiff: JIM MAXWELL | | |
| Defendant: COUNTY OF SAN DIEGO | | |

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07 CV 2385 JAH WMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET

3. a. Party served:                           VIEJAS FIRE DEPARTMENT
   b. Person served:                         MARGUERITE FARQUHART, EMPLOYEE AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:       1 VIEJAS GRADE RD.
                                              ALPINE, CA 91901

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Dec. 28, 2007 (2) at: 2:25PM

7. **Person Who Served Papers:**
   a. R.T. HANSELL

   First Legal Support Services℠
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $12.00
   e. I am: (3) registered California process server
       (i) Employee
       (ii) Registration No.:    351
       (iii) County:             San Diego

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jan. 03, 2008

   (R.T. HANSELL)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

898212.labmc.105577

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CHARLES G. LA BELLA, ESQ. SBN 183448<br>LA BELLA & MCNAMARA, LLP<br>401 WEST A STREET, SUITE 1150<br>SAN DIEGO, CA 92101 | | |
| Telephone No: 619-696-9200  FAX: No: 619-696-9269 | Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Southern District Of California

Plaintiff: JIM MAXWELL
Defendant: COUNTY OF SAN DIEGO

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07 CV 2385 JAH WMC |
|---|---|---|---|---|

1. I, R.T. HANSELL, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant VIEJAS FIRE DEPARTMENT as follows:

2. Documents:   SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 12/21/07 | 3:35pm | Business | OFFICE CLOSED UNTIL WED 12/26 PER VIEJAS TRIBAL POLICE Attempt made by: R.T. HANSELL. Attempt at: 1 VIEJAS GRADE RD. ALPINE CA 91901. |
| Fri | 12/28/07 | 2:25pm | Business | Personal Service on: VIEJAS FIRE DEPARTMENT Business - 1 VIEJAS GRADE RD. ALPINE, CA. 91901 by Serving: MARGUERITE FARQUHART, EMPLOYEE AUTHORIZED TO ACCEPT SERVICE.. Served by: R.T. HANSELL |

3. Person Executing
   a. R.T. HANSELL
   b. FIRST LEGAL SUPPORT SERVICES
      1111 6TH AVENUE
      SUITE 204
      SAN DIEGO, CA 92101
   c. 619-231-9111

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. The Fee for service was:
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 351
      (iii) County: San Diego

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, Jan. 03, 2008        AFFIDAVIT OF REASONABLE DILIGENCE        (R.T. HANSELL)