1  PHILLIP C. SAMOURIS, ESQ. (Bar No. 163303)
   *samouris@higgslaw.com*
2  MICHELLE L. GRANT, ESQ. (Bar No. 220083)
   *grantm@higgslaw.com*
3  HIGGS, FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
4  San Diego, CA  92101-7913
   TEL:  619.236.1551
5  FAX:  619.696.1410

6  Attorneys for Specially Appearing Defendant
   VIEJAS BAND OF KUMEYAAY INDIANS, a
7  federally recognized Indian tribe, erroneously sued
   as "VIEJAS FIRE DEPARTMENT"
8

9                **UNITED STATES DISTRICT COURT**

10               **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIM MAXWELL and KAY MAXWELL, individually and as guardians of TREVOR ALLEN BRUCE and KELTEN TANNER BRUCE; and JIM MAXWELL, as executor of the ESTATE OF KRISTEN MARIE MAXWELL-BRUCE,<br><br>                    Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARMTENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; DOES 1-50,<br><br>                    Defendants. | CASE NO. 07 CV 2385 JAH WMC<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FILED BY SPECIALLY APPEARING DEFENDANT VIEJAS BAND OF KUMEYAAY INDIANS**<br><br>CASE FILED: December 19, 2007<br>IC JUDGE:      Hon. John A. Houston<br>DEPT:              11 (2nd Floor)<br>DATE:             March 3, 2008<br>TIME:              2:30 p.m. |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 3, 2008, at 2:30 p.m. or as soon thereafter as counsel may be heard in Courtroom 11 of the above-entitled Court, located at 880 Front Street, San Diego, California, 92101, Specially Appearing Defendant VIEJAS BAND OF KUMEYAAY INDIANS (hereinafter the "Viejas Band" or the "Band"), a federally recognized Indian tribe, erroneously sued as the "VIEJAS FIRE DEPARTMENT" (hereinafter "Viejas Fire Department"), through

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

841012.1

Maxwell v. VFD / Case No. 07 CV 2385 JAH WMc
Notice of Motion and Motion to Dismiss

1  its attorneys of record, Higgs, Fletcher & Mack LLP, will move this court for an
2  order dismissing all claims against it with prejudice pursuant to Federal Rule of
3  Civil Procedure ("FRCP") 12(b)(1).
4      Viejas Fire Department is a part of the Viejas Band.  Because the Band is
5  immune from unconsented suit, this Court lacks jurisdiction over the Viejas Band
6  and its fire department.  Thus, the Viejas Band respectfully requests that the court
7  dismiss all claims against it.
8      This motion is made pursuant to FRCP 12(b)(1) and is based up this Notice
9  of Motion and Motion, and the Memorandum of Points and Authorities, the
10 Request for Judicial Notice, and the Declaration of Bobby L. Barrett, filed
11 concurrently herewith, and upon all documents, records, and files in this action, and
12 such oral and documentary evidence as may be presented at or before the time of
13 the hearing on this motion.

14 DATED:  January 24, 2008       HIGGS, FLETCHER & MACK LLP

15                                By:  /s/ Phillip C. Samouris
16                                PHILLIP C. SAMOURIS, ESQ.
                                   MICHELLE L. GRANT, ESQ.
17                                Attorneys for Specially Appearing
                                   Defendant VIEJAS BAND OF
18                                KUMEYAAY INDIANS

## **MOTION**

19
20     Viejas Fire Department hereby respectfully moves this court for an order
21 dismissing all claims against it with prejudice pursuant to FRCP 12(b)(1) for lack
22 of subject matter jurisdiction on the grounds that Viejas Fire Department is immune
23 from suit in this case pursuant to the doctrine of tribal sovereign immunity.

24 DATED:  January 24, 2008       HIGGS, FLETCHER & MACK LLP

25                                By:  /s/ Phillip C. Samouris
                                   PHILLIP C. SAMOURIS, ESQ.
26                                MICHELLE L. GRANT, ESQ.
                                   Attorneys for Specially Appearing
27                                Defendant VIEJAS BAND OF
                                   KUMEYAAY INDIANS
28