PHILLIP C. SAMOURIS, ESQ. (Bar No. 163303)
samouris@higgslaw.com
MICHELLE L. GRANT, ESQ. (Bar No. 220083)
grantm@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Specially Appearing Defendant
VIEJAS BAND OF KUMEYAAY INDIANS, a
federally recognized Indian tribe, erroneously sued
as "VIEJAS FIRE DEPARTMENT"

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MAXWELL and KAY MAXWELL, individually and as guardians of TREVOR ALLEN BRUCE and KELTEN TANNER BRUCE; and JIM MAXWELL, as executor of the ESTATE OF KRISTEN MARIE MAXWELL-BRUCE,,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; DOES 1-50,<br><br>Defendants. | CASE NO. 07 CV 2385 JAH WMC<br><br>**DECLARATION OF BOBBY L. BARRETT IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION [Rule 12(b)(1)]** (By Fax)<br><br>CASE FILED: December 19, 2007<br>IC JUDGE: Hon. John A. Houston<br>DEPT: 11 (2nd Floor)<br>DATE: March 3, 2008<br>TIME: 2:30 p.m. |

I, Bobby L. Barrett, declare:

1. I am the Tribal Chairman of the Tribal Council for the Viejas Band of Kumeyaay Indians (the "Viejas Band" or the "Band"), a federally recognized Indian tribe. I have served as the Band's Tribal Chairman since 2007. Prior to that, I had served as the Band's Vice-Chairman since 2001. I have personal knowledge of all facts set forth herein unless otherwise stated. This declaration is made in support of the Viejas Band's motion to dismiss, which is filed herewith.

842101.1

Maxwell v. VFD / Case No. 07 CV 2385 JAH WMc
Declaration of Bobby L. Barrett
in Support of Motion to Dismiss

2. The Viejas Band is a federally recognized Indian tribe which is identified on the Federal Register listing of federally recognized tribes as the Capitan Grande Band of Diegueno Mission Indians of California: Viejas (Baron Long) Group of Capitan Grande Band of Mission Indians of the Viejas Reservation, California. A copy of the Federal Register listing is attached as Exhibit A to the accompanying Memorandum of Points and Authorities.[1]

3. Every enrolled member of the Viejas Band, age eighteen or older, is a member of the Band's "General Council." Every two years, the General Council elects seven of its members to the Tribal Council, including the Chairman. The Tribal Council is the governing body of the Band.

4. The Viejas Band established a fire department (hereinafter "Viejas Fire Department") in October, 2006. The Band operates Viejas Fire Department for the purposes of promoting the Band's general welfare and for providing benefits and assistance to the Band's members. Through Viejas Fire Department, the Band provides fire protection and emergency medical services to the Band's 1,600 acre reservation, which is located east of Alpine, California, and also responds to calls from non-reservation neighboring communities, and will assist other agencies upon request.

5. Viejas Fire Department is an entity of the Band and is not incorporated or otherwise organized under the laws of any state. Viejas Fire Department is wholly owned and funded by the Band.

6. In my position as Chairman, and my prior position as Vice-Chairman, I would be aware of any waivers of the Band's sovereign immunity. The Band has not waived its sovereign immunity relating to the provision of emergency services at issue in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23 day of January 2008 at Alpine, California.

Bobby L. Barrett

---

[1] Unless otherwise indicated, all exhibits referenced herein are attached to the accompanying Memorandum of Points and Authorities, filed herewith.