UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MAXWELL and KAY MAXWELL, individually and as guardians of TREVER ALLEN BRUCE and KELTEN TANNER BRUCE; and JIM MAXWELL, as executor of the ESTATE OF KRISTEN MARIE MAXWELL-BRUCE, <br><br> Plaintiffs, <br> v. <br><br> COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; DEPUTY LOWELL; BRYAN "SAM" BRUCE; DOES 1-50. <br><br> Defendants. | Civil No. 07cv2385 JAH(WMc) <br><br> **ORDER VACATING HEARING DATE** |

After a careful review of the pleadings submitted in support of, and in opposition to, defendants Alpine Fire Protection District and County of San Diego's motions to dismiss [docs. # 3, 5], this Court finds the motions suitable for decision without oral argument. *See* CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED that the hearing date for defendants' motions set for February 19, 2008 is **VACATED**.

Dated:      February 13, 2008

JOHN A. HOUSTON
United States District Judge

07cv2385