UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MAXWELL and KAY MAXWELL, individually and as guardians of TREVER ALLEN BRUCE and KELTEN TANNER BRUCE; and JIM MAXWELL, as executor of the ESTATE OF KRISTEN MARIE MAXWELL-BRUCE,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL; BRYAN "SAM" BRUCE; DOES 1-50.<br><br>Defendants. | Civil No. 07cv2385 JAH(WMc)<br><br>**ORDER VACATING HEARING DATE** |

After a careful review of the pleadings submitted in support of, and in opposition to the motion to dismiss [doc. # 12] filed by defendant Viejas Band of Kumeyay Indians (erroneously sued as Viejas Fire Department), this Court finds the motion suitable for decision without oral argument. *See* CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED that the hearing date for defendant's motion set for March 3, 2008 is **VACATED**.

DATED: February 25, 2008

JOHN A. HOUSTON
United States District Judge

07cv2385