1   CHARLES G. LA BELLA (State Bar No. 183448)
    STEVEN T. COOPERSMITH (State Bar No. 184646)
2   LA BELLA & MCNAMARA LLP
    401 West "A" Street, Suite 1150
3   San Diego, California  92101
    Telephone:  (619) 696-9200
4   Facsimile:    (619) 696-9269

5   TODD D. THIBODO (State Bar No. 171655)
    LAW OFFICES OF TODD D. THIBODO
6   A PROFESSIONAL CORPORATION
    16133 Ventura Boulevard, Suite 580
7   Encino, California  91436
    Telephone: (818) 907-5769
8   Facsimile:  (818) 907-5793

9   Attorneys for PLAINTIFFS
    JIM MAXWELL and KAY MAXWELL,
10  individually and as guardians of TREVER
    ALLEN BRUCE and KELTEN TANNER
11  BRUCE; and JIM MAXWELL, as executor
    Of the ESTATE OF KRISTIN MARIE
12  MAXWELL-BRUCE

13              **UNITED STATES DISTRICT COURT**

14            **SOUTHERN DISTRICT OF CALIFORNIA**

15  JIM MAXWELL and KAY MAXWELL,        )    CASE NO.  07-CV-2385 JAH (WMc)
    individually and as guardians of TREVER )
16  ALLEN BRUCE and KELTEN TANNER       )    **JOINT STIPULATION TO TAKE**
    BRUCE; and JIM MAXWELL, as executor )    **EMERGENCY DEPOSITION TO**
17  of the ESTATE OF KRISTIN MARIE      )    **PRESERVE TESTIMONY PRIOR TO**
    MAXWELL-BRUCE,                      )    **RULE 26(f) DISCOVERY MEETING**
18                                      )
19              Plaintiffs,             )
                                        )
20       v.                             )
                                        )
21                                      )
    COUNTY OF SAN DIEGO; ALPINE FIRE    )
22  PROTECTION DISTRICT; VIEJAS FIRE    )
    DEPARTMENT; DEPUTY LOWELL           )
23  BRYAN "SAM" BRUCE; DOES 1-50,       )
                                        )
24              Defendants.             )
                                        )
25                                      )
                                        )
26  _____  )

27  ///

28  ///

1  WHEREAS, Plaintiffs' counsel has very recently learned that Frederick Stevens, a

2  witness to the events on December 14, 2006 at issue in this case, has been diagnosed with

3  esophageal cancer and is gravely ill;

4  WHEREAS, Plaintiffs' counsel needs to preserve Mr. Stevens' testimony for trial;

5  WHEREAS, the parties have not yet participated in the Federal Rule of Civil

6  Procedure 26(f) Discovery Meeting, and no meeting is set in the immediate future;

7  WHEREAS, a stipulation of the parties or Court Order is necessary in order to take the

8  deposition of Mr. Stevens;

9  WHEREAS, Defendant Deputy Lowell Bryan "Sam" Bruce failed to timely answer or

10  file a timely responsive pleading and has thus defaulted;

11  As a result of the foregoing, the parties to this litigation, by and through their counsel

12  of record, hereby stipulate and agree as follows:

13  1.  Plaintiffs will be allowed to take the deposition of Frederick Stevens.

14  2.  The deposition of Mr. Stevens will be set according to Mr. Stevens' schedule

15  and the schedules of the counsel of record in this case, and the deposition will

16  take place within fourteen (14) days of this stipulation, at a place to be

17  determined based on Mr. Stevens' medical status.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1     3.    The deposition of Mr. Stevens will be recorded by video and stenographic

2     recordation.  The parties stipulate and agree that the purpose of the deposition

3     is to preserve Mr. Stevens' testimony for trial.

4

5                                 **LA BELLA & McNAMARA, LLP**

Dated:  June 13, 2008

6

7                       By:  **s/Steven T. Coopersmith**

8                           Charles G. La Bella

                          Steven T. Coopersmith

                          Attorneys for Plaintiffs

9                           Email: scoopersmith@labellamcnamara.com

10

11                           **HAIGHT BROWN & BONESTEEL, LLP**

12 Dated:  June 13, 2008

13                       By:  **s/Kevin Osterberg**

14                           Kevin Osterberg

                          Stephen M. Caine

15                           Attorneys for Defendant

                          Alpine Fire Protection District

16                         Email: kosterberg@hbblaw.com

17

18                            **COUNTY OF SAN DIEGO**

Dated:  June 13, 2008

19

20                       By:  **s/Morris G. Hill**

                        John J. Sansone, County Counsel

21                         Morris G. Hill, Senior Counsel

                        Attorneys for Defendant

22                         County of San Diego

                        Email: Morris.Hill@sdcounty.ca.gov

23

24

25

26

27

28