<u>PROOF OF SERVICE</u>

*Maxwell v. County of San Diego, et al.*
United States District Court of the Southern District of California
Case Number: 07 CV-2385-JAH (WMc)

I, Lisa Allison, declare as follows:

    I am an employee of a member of the bar of this Court at whose direction was made in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 West "A" Street, Suite 1150, San Diego, California 92101.

    On June 13, 2008, I served the foregoing document(s) described as:

**JOINT STIPULATION TO TAKE EMERGENCY DEPOSITION TO PRESERVE TESTIMONY PRIOR TO RULE 26(f) DISCOVERY MEETING**

on interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelopes as follows:

| | |
|---|---|
| Phillip C. Samouris<br>Michelle L. Grant<br>Higgs, Fletcher & Mack LLP<br>401 West "A" Street, Suite 2600<br>San Diego, CA 92101-7913<br>Email: samouris@higgslaw.com<br>       grantm@higgslaw.com | *Counsel for Defendant Viejas Fire Department* |
| Kevin Osterberg<br>Stephen M. Caine<br>Haight Brown & Bonesteel LLP<br>3750 University Avenue, Suite 240<br>Riverside, CA 92501-3313<br>Email: kosterberg@hbblaw.com<br>       scaine@hbblaw.com | *Counsel for Defendant Alpine Fire Protection District* |
| John J. Sansone, County Counsel<br>Morris G. Hill, Senior Counsel<br>1600 Pacific Highway, Room 355<br>San Diego, CA 92101-2469<br>Email: morris.hill@sdcounty.ca.gov | *Counsel for Defendant County of San Diego* |

☒ **BY EMAIL/ECF** by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via email as indicated above.

1 ☐ **BY FIRST CLASS MAIL** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with United States postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☐ **BY OVERNIGHT DELIVERY** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with Overnite Express and Federal Express. Under that practice, it would be deposited with Overnite Express and/or Federal Express on that same day thereon fully prepaid at San Diego California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☐ **BY FACSIMILE** Based on agreement of the parties to accept service by fax transmission, I faxed the documents on this date to the person(s) at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ **BY PERSONAL SERVICE** I served the documents by placing them in an envelope or package addressed to the person(s) at the addresses listed and providing them to a professional messenger service for service on this date.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

 Executed June 13, 2008, in San Diego, California.

 /s/ Lisa Allison