# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MAXWELL and KAY MAXWELL, individually and as guardians of TREVER ALLEN BRUCE and KELTEN TANNER BRUCE; and JIM MAXWELL, as executor of the ESTATE OF KRISTIN MARIE MAXWELL-BRUCE,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; DOES 1-50,<br><br>  Defendants. | CASE NO. 07-CV-2385 JAH (WMc)<br><br>**ORDER ALLOWING DEPOSITION OF GRAVELY ILL WITNESS PRIOR TO FRCP 26(f) CONFERENCE**<br><br>Date:<br>Time:<br>Courtroom: |

Pursuant to the stipulation of the parties, and with good cause therefor, IT IS HEREBY ORDERED as follows:

1. Plaintiffs will be allowed to take the deposition of Frederick Stevens.

2. The deposition of Mr. Stevens will be set according to Mr. Stevens' schedule and the schedules of the counsel of record in this case, and the deposition will

1  take place within fourteen (14) days of this stipulation, at a place to be
2  determined based on Mr. Stevens' medical status.
3  3. The deposition of Mr. Stevens will be recorded by video and stenographic
4  recordation.  The parties stipulate and agree that the purpose of the deposition
5  is to preserve Mr. Stevens' testimony for trial.

**IT IS SO ORDERED.**

Dated: June 13, 2008

HONORABLE WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE