UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MAXWELL and KAY MAXWELL, individually and as guardians of TREVER ALLEN BRUCE and KELTEN TANNER BRUCE, et al.<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; et al.,<br><br>Defendants. | Case No. 07cv2385 JAH (WMc)<br><br>**NOTICE AND ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE** |

Due to a conflict in the Court's calendar, the Early Neutral Evaluation of your case is **CONTINUED** to **August 6, 2008** at **2:00 p.m.** in the chambers of the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front Street, Courtroom C, San Diego, California, 92101. The remainder of the Court's June 23, 2008 Order remains in full force and effect. [*See* Docket No. 26.]

**IT IS SO ORDERED.**

DATED: July 22, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

07cv2385 JAH (WMc)