CHARLES G. LA BELLA (State Bar No. 183448)
STEVEN T. COOPERSMITH (State Bar No. 184646)
La Bella & McNamara LLP
401 West A. Street, Suite 1150
San Diego, California 92101
Telephone: (619) 696-9200
Facsimile:  (619) 696-9269
Email: clabella@labellamcnamara.com
       scoopersmith@labellamcnamara.com

TODD THIBODO (State Bar No. 171655)
LAW OFFICES OF TODD D. THIBODO
A PROFESSIONAL CORPORATION
16133 Ventura Boulevard, Suite 580
Encino, California 91436
Telephone: (818) 907-5769
Facsimile: (818) 907-5793
Email: toddthibodo@charter.net

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MAXWELL and KAY MAXWELL, Individually and as guardians of TREVER ALLEN BRUCE and KELTEN TANNER BRUCE; and JIM MAXWELL, as executor of the ESTATE OF KRISTIN MARIE MAXWELL-BRUCE,<br><br>Plaintiff,<br>vs.<br><br>COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; DOES 1-50,<br><br>Defendants. | Case No. 07 CV-2385-JAH (WMc)<br><br>**PROPOSED FRCP 26(f) JOINT DISCOVERY PLAN** |

///

///

///

38692

- 1 -

Case No. 07 CV-2385-JAH (WMc)
PROPOSED JOINT DISCOVERY PLAN

1.  Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP 26(f)"), Steven T. Coopersmith, and Todd Thibodo, attorneys for Plaintiffs, Morris G. Hill, Deputy County Counsel for Defendant San Diego County, and Kevin M. Osterberg, for Defendant Alpine Fire Protection District, met and conferred telephonically on September 2, 2008.

2.  <u>Pre-Discovery Disclosures</u>: The parties will exchange FRCP 26(a)(1) disclosures by September 19, 2008. The parties will produce documents contemplated by the FRCP 26(a)(1) disclosures by September 9, 2008. Pursuant to the Court's Order following the Early Neutral Evaluation, the parties will also prepare a joint timeline and submit that timeline on or before September 15, 2008, along with this report.

3.  <u>Discovery Plan</u>: The parties jointly propose to the Court the following discovery plan:

(A) Plaintiffs propose that discovery will be needed on the following subjects:

The incident of December 14, 2006 as alleged in the Complaint; relevant records from the Sheriff's Department and Defendant Alpine regarding that incident; records related to any 911 or emergency calls regarding that incident; records related to the dispatch of emergency responders regarding that incident; records identifying all individuals at the scene on December 14, 2006 and the following morning; audio and/or video transcripts of any Sheriff's Department radio-telephone communications or traffic at, to, or from the scene; audio and/or video transcripts of any interviews at the scene or of interviews conducted at any time after the incident; statements taken from any witnesses at any time relevant to the incident; audio and/or video transcripts of communications with or related to the "Life Flight"; records for any post-incident review or investigation within the Sheriff's Department or Defendant Alpine; records related to the policies and procedures of the Sheriff's Department or Defendant Alpine concerning emergency response and concerning crime scene investigation with an injured victim, or regarding training thereon; timing of emergency response and treatment of Kristin Maxwell-Bruce; medical treatment of Kristin Maxwell-Bruce; crime scene investigation on December 14, 2006 and the following morning; records relating to any medical and/or coroner's examination of Kristin Maxwell-Bruce; handling of Lowell Bryan "Sam" Bruce at

the scene of the incident; records relating to communication and interaction with Kristin Maxwell-Bruce at the scene; communication and interaction with the family of Kristin Maxwell-Bruce on December 14, 2006 and the following morning; and communications between Lowell Bryan "Sam" Bruce and any personnel employed by or connected to Defendants. This list is preliminary only, and Plaintiffs reserve all rights to modify this list and/or add additional categories as discovery proceeds.

(B) Defendant County of San Diego proposes that discovery will be needed on the following subjects: information, documents and other items related to plaintiffs' claims for special damages, including loss of support, including financial records, arrangements and resources; information, documents and other items related to plaintiffs' claims for infliction of emotional distress and emotional distress damages, including psychological and psychiatric records and discovery into emotional conditions; information, documents and other items related to plaintiffs' claims that emergency responders caused or contributed to the decedent's death, including the decedent's medical records and discovery into decedent's physical condition and health history.

(C) Defendant Alpine Fire Protection District proposes that discovery will be needed on the following subjects outlined by Defendant County of San Diego with regard to Plaintiff's claims and causes of action for the alleged liability for, and cause of, Kristin Maxwell-Bruce's death, and Plaintiff's claims and causes of action for all damages allegedly sustained by Plaintiffs as alleged in Plaintiffs' Complaint

The parties propose that all percipient discovery will be completed by June 19, 2009. The parties propose that FRCP 26(a)(2) expert designations and reports be made by June 26, 2009, and that rebuttal expert designations and reports be made by July 15, 2009. The parties also propose that all expert discovery will be completed by August 14, 2009.

Written discovery shall be pursuant to the Federal Rules of Civil Procedure, Rules 33, 34 and 36. Responses will be due 30 days after service. The parties shall meet and confer should there be any disputes about any response before seeking intervention of the Magistrate Judge within thirty (30) days of the response.

Each party shall supplement and/or amend disclosures and discovery responses as required by Rule 26(e).

4.  <u>Evidence Preservation</u>: The parties anticipate that the electronically stored information of relevance ("ESI") in this case will consist primarily of records within the categories of documents described in Paragraph 3, above. The Parties reserve their rights to list additional categories, and such description is for purposes of initial relevance only. The parties will cooperate to produce such information in an electronic or paper format, as appropriate, that is not unduly burdensome on the other parties to review and/or evaluate.

The parties understand that production of ESI in electronic form may result in the inadvertent disclosure of privileged information and/or attorney work product. Each party shall promptly notify the other parties upon discovery that any privileged and/or attorney work product has been inadvertently disclosed. Upon receiving such notice from a producing party, the party receiving such privileged or attorney work product information shall promptly preserve it and shall use its best efforts retrieve and preserve all copies that have been made. All such information shall be destroyed or returned to the producing party. In case of any dispute as to the privileged nature of such information, all parties shall preserve it pending resolution of the dispute as contemplated by Rule 26.

5.  <u>Other Items</u>:

No motion to join additional parties and/or amend the pleadings shall be heard after February 9, 2009.

All potentially dispositive motions shall be filed and served by September 14, 2009.

The Parties request a pretrial conference in October, 2009.

The case should be ready for trial by November, 2009 and at this time is expected not to exceed approximately 7 to 10 days.

The court's order on these topics may be amended by stipulation of the parties or by order of the court for good reason shown.

///

///

Respectfully submitted,

Dated: September 15, 2008

CHARLES G. LA BELLA
STEVEN T. COOPERSMITH
LA BELLA & MCNAMARA, LLP

TODD D. THIBODO
LAW OFFICES OF TODD D. THIBODO
A PROFESSIONAL CORPORATION

By: **/s/Steven T. Coopersmith**
    Steven T. Coopersmith
    Charles G. La Bella
    Attorney for PLAINTIFFS
    Email: scoopersmith@labellamcnamara.com
           clabella@labellamcnamara.com

**HAIGHT BROWN & BONESTEEL, LLP**

By: **s/Kevin Osterberg**

Kevin Osterberg
Stephen M. Caine
Attorneys for Defendant
Alpine Fire Protection District
Email: kosterberg@hbblaw.com

**COUNTY OF SAN DIEGO**
By: **s/Morris G. Hill**
John J. Sansone, County Counsel
Morris G. Hill, Senior Counsel
Attorneys for Defendant
County of San Diego
Email: Morris.Hill@sdcounty.ca.gov

38692

- 5 -

Case No. 07 CV-2385-JAH (WMc)
PROPOSED JOINT DISCOVERY PLAN

<u>PROOF OF SERVICE</u>

*Maxwell v. County of San Diego, et al.*
United States District Court of the Southern District of California
Case Number: 07 CV-2385-JAH (WMc)

I, Patricia A. Schussler, declare as follows:

    I am an employee of a member of the bar of this Court at whose direction was made in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 West "A" Street, Suite 1150, San Diego, California 92101.

    On September 15, 2008, I served the foregoing document(s) described as:

**PROPOSED FRCP 26(f) JOINT DISCOVERY PLAN**

on interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelopes as follows:

| | |
|---|---|
| Phillip C. Samouris<br>Michelle L. Grant<br>Higgs, Fletcher & Mack LLP<br>401 West "A" Street, Suite 2600<br>San Diego, CA 92101-7913<br>Email: samouris@higgslaw.com<br>        grantm@higgslaw.com | *Counsel for Defendant Viejas Fire Department* |
| Kevin Osterberg<br>Stephen M. Caine<br>Haight Brown & Bonesteel LLP<br>3750 University Avenue, Suite 240<br>Riverside, CA 92501-3313<br>Email: kosterberg@hbblaw.com<br>        scaine@hbblaw.com | *Counsel for Defendant Alpine Fire Protection District* |
| John J. Sansone, County Counsel<br>Morris G. Hill, Senior Counsel<br>1600 Pacific Highway, Room 355<br>San Diego, CA 92101-2469<br>Email: morris.hill@sdcounty.ca.gov | *Counsel for Defendant County of San Diego* |

☒ **BY EMAIL/ECF** by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via email as indicated above.

1    ☒ **BY FIRST CLASS MAIL** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with United States postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

7    ☐ **BY OVERNIGHT DELIVERY** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with Overnite Express and Federal Express. Under that practice, it would be deposited with Overnite Express and/or Federal Express on that same day thereon fully prepaid at San Diego California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

13    ☐ **BY FACSIMILE** Based on agreement of the parties to accept service by fax transmission, I faxed the documents on this date to the person(s) at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

17    ☐ **BY PERSONAL SERVICE** I served the documents by placing them in an envelope or package addressed to the person(s) at the addresses listed and providing them to a professional messenger service for service on this date.

20    ☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

22    ☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed September 15, 2008, in San Diego, California.

/s/ *Patricia A. Schussler*
Patricia A. Schussler