| | |
|---|---|
| 1 | PHILLIP C. SAMOURIS, ESQ. (Bar No. 163303) |
| | samouris@higgslaw.com |
| 2 | MICHELLE L. GRANT, ESQ. (Bar No. 220083) |
| | grantm@higgslaw.com |
| 3 | 401 West "A" Street, Suite 2600 |
| | San Diego, CA  92101-7913 |
| 4 | TEL:  619.236.1551 |
| | FAX:  619.696.1410 |
| 5 | |
| 6 | Attorneys for Specially Appearing Defendant |
| | VIEJAS BAND OF KUMEYAAY INDIANS, a |
| 7 | federally recognized Indian tribe, erroneously sued |
| | as "VIEJAS FIRE DEPARTMENT" |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIM MAXWELL and KAY MAXWELL, individually and as guardians of TREVOR ALLEN BRUCE and KELTEN TANNER BRUCE; and JIM MAXWELL, as executor of the ESTATE OF KRISTEN MARIE MAXWELL-BRUCE,<br><br>            Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; ALPINE FIRE PROTECTION DISTRICT; VIEJAS FIRE DEPARTMENT; DEPUTY LOWELL BRYAN "SAM" BRUCE; DOES 1-50,<br><br>            Defendants. | CASE NO. 07 CV 2385 JAH WMC<br><br>**REQUEST FOR REMOVAL FROM SERVICE LIST**<br><br>DEPT:     11 (2nd Floor)<br>JUDGE:   Hon. John A. Houston |

///

///

///

///

///

///

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

875632.1

Maxwell v. VFD / Case No. 07 CV 2385 JAH WMc
**REQUEST FOR REMOVAL FROM SERVICE LIST**

1  Please remove Phillip C. Samouris and the firm of Higgs, Fletcher & Mack LLP, counsel
2  for dismissed defendant, VIEJAS BAND OF KUMEYAAY INDIANS, a federally
3  recognized Indian tribe, erroneously sued as "VIEJAS FIRE DEPARTMENT, from
4  the Service List in the above-captioned matter

5  DATED: September 16, 2008                    HIGGS, FLETCHER & MACK LLP

7  By: /s/ Phillip C. Samouris
   PHILLIP C. SAMOURIS, ESQ.
8  MICHELLE L. GRANT, ESQ.
   Attorneys for Specially Appearing
9  Defendant VIEJAS BAND OF
   KUMEYAAY INDIANS,
10 a Federally Recognized Indian Tribe,
   erroneously sued as "Viejas Fire
11 Department"

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document

**NOTICE OF ENTRY OF ORDER**

was served on counsel as indicated below by CM/ECF:

| **Attorney for Plaintiffs** | **Attorney for Defendant** |
|---|---|
| Charles G. La Bella, Esq. | **Alpine Fire District** |
| Steven T. Coopersmith, Esq. | Stephen M. Caine, Esq. |
| La BELLA & McNAMARA LLP | Haight Brown & Bonesteel LLP |
| 401 West A Street, Suite 1150 | 3750 University Avenue, Ste. 240 |
| San Diego, CA 92101 | Riverside, CA 92501-3313 |
| Phone: Telephone (619) 696-9200 | Telephone: (951) 341-8300 |
| Fax: Facsimile: (619) 696-9269 | Fax: (951) 341-8309 |
| Email: scoopersmith@labellamcnamara.com | email: scaine@hbblaw.com |

| **Attorney for Defendant** | **Attorney for Defendant** |
|---|---|
| **County of San Diego** | Lowell Bryan "Sam" Bruce |
| Morris G. Hill, Esq. | |
| County of San Diego Office of County Counsel | UNKNOWN AT THIS TIME |
| 1600 Pacific Highway, Rm. 355 | |
| San Diego, CA 92101-2469 | |
| Telephone: (619) 531-5649 | |
| Fax: (619) 531-6005 | |
| Email: morris.hill@sdcounty.ca.gov | |

   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   Executed on September 16, 2008, at San Diego, California.

/s/ Phillip C. Samouris
Phillip C. Samouris